No. 92–8894. VICTOR v. NEBRASKA. Sup. Ct. Neb. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 3 presented by the petition. Case consolidated with No. 92–9049, *Sandoval* v. *California,* immediately *infra,* and a total of 90 minutes allotted for oral argument. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 9, 1993. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 7, 1993. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 21, 1993. This Court's Rule 29 does not apply.

No. 92–9049. SANDOVAL v. CALIFORNIA. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition. Case consolidated with No. 92–8894, *Victor* v. *Nebraska,* immediately *supra,* and a total of 90 minutes allotted for oral argument. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 9, 1993. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 7, 1993. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 21, 1993. This Court's Rule 29 does not apply.

SEPTEMBER 29, 1993

No. 93–213. E–Z MART STORES, INC. v. XEROX CREDIT CORP. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.